IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UTHA HELLMANN-BLUMBERG,

    Plaintiff,                                        No. 2:12-cv-0286 TLN DAD

    v.

UNIVERSITY OF THE PACIFIC, a                        ORDER
California Corporation,

    Defendant.

_____/

    This matter came before the court on April 12, 2013, for hearing of plaintiff's motion for sanctions. (Doc. No. 26.) Attorney Jose Fuentes appeared on behalf of plaintiff Utha Hellmann-Blumberg. Attorney Linda Adler appeared on behalf of defendant University of the Pacific.

    Upon consideration of the parties' arguments on file and at the hearing, and for the reasons set forth in detail on the record, IT IS HEREBY ORDERED that plaintiff's March 22, 2013 motion for sanctions (Doc. No. 26) is denied.

DATED: April 12, 2013.

                                                          DALE A. DROZD
                                                          UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\hellmann0286.oah.041213

1