IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
Sacramento Division

| UTHA HELLMANN-BLUMBERG, <br><br> Plaintiff, <br><br> vs. <br><br> UNIVERSITY OF THE PACIFIC, a California Corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.:  **2:12-CV-00286-TLN-DAD** <br><br> **ORDER** |
|---|---|---|

This Court is in receipt of the parties STIPULATION TO CONTINUE DEADLINE TO COMPLETE DISCOVERY.  [Doc. No. 39]

In light of parties initial request for extension and for good cause shown in the Stipulation, it is hereby ORDERED that the Court's Pretrial Scheduling Order [Doc. No. 10] is modified and the time to complete discovery is extended to August 23, 2013.

**IT IS SO ORDERED.**

**Dated: April 19, 2013**

Troy L. Nunley
United States District Judge