UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UTHA HELLMANN-BLUMBERG, | No. 2:12-cv-0286 TLN DAD |
| Plaintiff, | |
| v. | ORDER |
| UNIVERSITY OF THE PACIFIC, a California Corporation, | |
| Defendant. | |

This matter came before the court August 16, 2013, for hearing on plaintiff's motion to compel. (Doc. No. 62.) Attorney Jose Fuentes appeared on behalf of plaintiff Utha Hellmann-Blumberg. Attorney Linda Adler appeared telephonically on behalf of defendant University of the Pacific.

After considering the arguments of the parties set forth in the joint statement of discovery disagreement filed August 9, 2013, (Doc. No. 64), and at oral argument, for the reasons set forth on the record, plaintiff's motion to compel is granted in part and denied in part.

Accordingly, on or before August 19, 2013, at 4:30 p.m., defendant shall produce communications, documents, records, reports, etc., which Dr. Pallavicini has reviewed in formulating her opinion regarding plaintiff's record of scholarship as compared to that of tenure candidates in the Chemistry and Biological Sciences departments who were employed during the

1

same time period as plaintiff.  If Dr. Pallavicini reviews further materials thereafter, defendant shall make a supplemental production of such responsive documents at or before the commencement of her deposition on August 21, 2013.

        IT IS SO ORDERED.

Dated:  August 16, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\hellmann0286.oah.081613