# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UTHA HELLMANN-BLUMBERG,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF THE PACIFIC, a California Corporation,<br><br>Defendant. | Case No. 2:12-cv-0286-TLN-DAD<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS** |

Plaintiff submitted a Request to Seal Documents on September 5, 2013. With respect to said request, the Court hereby ORDERS:

1. Plaintiff may file pages 1 through 48 of the documents identified in her Request to Seal Documents under seal.

2. Said documents shall remain under seal until such time that the Court orders otherwise for good cause shown or by stipulation of the parties.

IT IS SO ORDERED.

Dated: September 6, 2013

Troy L. Nunley
United States District Judge

1