1   MICHAEL J. VARTAIN [SBN 92366]
    LINDA K. ADLER [SBN 199809]
2   **VARTAIN LAW GROUP**
    601 Montgomery Street, Suite 780
3   San Francisco, CA 94111-2608
    Telephone:  [415] 391-1155
4   Facsimile:   [415] 391-1177

5   Attorneys for Defendant
    UNIVERSITY OF THE PACIFIC
6

7

8                 IN THE UNITED STATES DISTRICT COURT
                              FOR THE
9                 EASTERN DISTRICT OF CALIFORNIA
                          Sacramento Division
10

11

12  UTHA HELLMANN–BLUMBERG,          )   Case No.:  **2:12-CV-00286-TLN-DAD**
                                     )
13              Plaintiff,           )
                                     )
14  vs.                              )   **STIPULATION AND ORDER TO**
                                     )   **CONTINUE THE TRIAL DATE AND**
15  UNIVERSITY OF THE PACIFIC, a     )   **PRE-TRIAL CONFERENCE**
    California Corporation,          )
16                                   )
                Defendant.           )
17                                   )
                                     )
18                                   )
                                     )
19                                   )
                                     )
20                                   )   Judge:              Hon. Troy L. Nunley
                                     )   Complaint Filed:  February 2, 2012
21  _____)   Trial Date:         January 12, 2015

22

23

24

25

26

27

28

---

**STIPULATION**

Plaintiff Utha Hellman-Blumberg ("Plaintiff") and Defendant University of the Pacific ("the University") (collectively, "the Parties") hereby stipulate as follows:

Pursuant to the Minute order of the Court dated December 18, 2013, the Final Pretrial Conference set for January 30, 2014, and the Jury Trial date of March 3, 2014 were vacated.

Pursuant to the Minute order of the Court dated April 1, 2014, the Jury Trial was reset to commence on **January 12, 2015** at 9:00 a.m.

Pursuant to the Minute order of the Court dated April 1, 2014, the Final Pretrial Conference was reset to **November 6, 2014** at 2:00 p.m.

Pursuant to the Minute order of the Court dated April 1, 2014, the parties are to file their Joint Pretrial Statement on or before **October 30, 2014**.

Trial counsel for Plaintiff, Mr. Jose Luis Fuentes, will be out of the country the entire month of November 2014.  Accordingly, Mr. Fuentes will not be available to participate in the Final Pretrial Conference.  Trail Counsel for Plaintiff, Dan Siegel, is running for elected office and will not be able to participate on November 6, 2014 at the Pretrial Conference due to election matters.

Counsel for the University, Mr. Michael J. Vartain, has a previously set trial in the matter of *Gail Marks vs. U.C. Hastings College of the Law,* U.S. District Court - Northern District, Case No. CV-133130-LB, which is set to commence on **January 12, 2015**. Accordingly, Mr. Vartain will not be available to participate in the multi-week trial of this matter, which is set to commence on the same date, January 12, 2015.

Good cause exists for the parties' request for a continuance of the January 12, 2015 trial date based on the fact that counsel for the University have previously set trial scheduled to take place at the same time as the trial of this matter.

Good cause exists for the continuance of the November 6, 2014 Final Pretrial Conference based on the fact the Plaintiffs counsel are unavailable due to matters set in motion before the April 1, 2014 Minute Order.

**HELLMANN-BLUMBERG v. UOP [USDC-ED  # 2:12-CV-00286-TLN-DAD]– STIPULATION TO CONTINUE TRIAL DATE AND PRE-TRIAL CONFERENCE; AND ORDER**

G:\DOCS\TLN\CHAMBER DOCUMENTS\Folder Documents\TO TLN - CIVIL ORDERS\12cv286.stipo.0527.blumberg.doc          -1-

1   Further good cause exists for the requested continuances because there has been no prior

2   request by either party that the trial date or Final Pretrial Conference be continued.

3   NOW THEREFORE, the parties stipulate and request that the Court issue an order that:

4

5   1)   The trial date be continued from January 12, 2015 to February 23, 2015;

6   2)   The Final Pre-Trial Conference be continued from November 6, 2014 to
         December 11, 2014; and

7

8   3)   The deadline to file the Joint Pretrial Statement be continued to December 4,
         2015.

9

10  DATED:   May 27, 2014              **SIEGEL & YEE**

11                              BY:    /s/Jose Luis Fuentes (authorized 5/23/14)
                                       JOSE LUIS FUENTES
12                                     Attorneys for Plaintiff
                                       UTHA HELLMANN-BLUMBERG
13

14  DATED:   May 27, 2014              **VARTAIN LAW GROUP**

15                              BY:    /s/ Linda K. Adler
                                       LINDA K. ADLER
16                                     Attorneys for Defendant
                                       UNIVERSITY OF THE PACIFIC
17

18

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

**HELLMANN-BLUMBERG v. UOP [USDC-ED  # 2:12-CV-00286-TLN-DAD]–  STIPULATION TO CONTINUE
TRIAL DATE AND PRE-TRIAL CONFERENCE; AND ORDER**

**ORDER**

Based on the foregoing Stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1)     The trial date is continued from January 12, 2015 to February 23, 2015 at 9:00 a.m.;

2)     The Pre-Trial Conference is continued from November 6, 2014 to December 11, 2014 at 2:00 p.m.; and

3)     The deadline to file the Joint Pretrial Statement is December 4, 2015.

**IT IS SO ORDERED.**

Dated: May 27, 2014

_____
Troy L. Nunley
United States District Judge

---

**HELLMANN-BLUMBERG v. UOP [USDC-ED  # 2:12-CV-00286-TLN-DAD]–  STIPULATION TO CONTINUE TRIAL DATE AND PRE-TRIAL CONFERENCE; AND ORDER**