DAN SIEGEL, SBN 56400
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, CA  94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
UTHA HELLMANN-BLUMBERG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UTHA HELLMANN-BLUMBERG,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNIVERSITY OF THE PACIFIC,<br><br>　　　　Defendant. | Case No. 2:12-CV-00286-TLN-DAD<br><br>**NOTICE OF WITHDRAWAL OF INDIVIDUAL COUNSEL AND ORDER** (Local Rule 182) |

　　　　Pursuant to Local Rule 182 of the United States District Court for the Eastern District of California, Jose Luis Fuentes (the "Withdrawing Attorney") formerly an attorney in the law firm of Siegel & Yee hereby notifies the parties and the Court of his intent to individually withdraw as an attorney of record on behalf of Plaintiff Utha Hellmann-Blumberg ("Plaintiff") in the above-captioned action.

　　　　Jose Luis Fuentes, SBN 192236
　　　　499 14th Street, Suite 300
　　　　Oakland, CA  94612
　　　　Telephone: (510) 839-1200

1  Facsimile: (510) 444-6698
2  jlf@siegelyee.com

3  Counsel of record for the following party: Utha Hellmann-Blumberg

4  Please remove the attorney named above from the docket of this case.

5  This withdrawal will not cause any undue delay to the parties or to the Court in
6  the ultimate resolution of this action, as Plaintiff has been and continues to be
7  represented by Siegel & Yee through Daniel M. Siegel.  Accordingly, Withdrawing
8  Attorney respectfully requests that this Court approve this withdrawal.

10  DATED: August 21, 2014

11  Respectfully Submitted,

13  By: /S/ Jose Luis Fuentes
          Jose Luis Fuentes
14        Attorney for Plaintiff

16  IT IS SO ORDERED.

19  Dated: August 21, 2014

            _____
            Troy L. Nunley
            United States District Judge

*Utha Hellmann-Blumberg v. Univ. of the Pacific*, Case No. 2:12-CV-00286-TLN-DAD
NOTICE OF WITHDRAWAL OF INDIVIDUAL COUNSEL AND ORDER