UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UTHA HELLMAN-BLUMBERG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSITY of the PACIFIC,<br><br>　　　　　Defendant. | No.  2:12-cv-286-TLN-DAD<br><br><br>**ORDER** |

　　　　This matter is before the Court pursuant to the final pretrial conference set for Thursday, December 11, 2014.  This matter is set for trial on February 23, 2015.  However, due to a conflict with a criminal trial confirmed to begin on February 2, 2015 and estimated to last 3 to 4 weeks, the jury trial in this matter is hereby VACATED.  Accordingly, the final pretrial conference is also VACATED.  Due to this Court's criminal trial calendar, the soonest dates available to reschedule this trial are in late 2016.

　　　　Thus, the Court hereby orders the parties to meet and confer as to whether both parties are willing to attend a settlement conference before the magistrate judge and whether the parties are amenable to consenting to the jurisdiction of the magistrate judge in order to have their trial concluded in a more timely matter.  The parties are hereby ordered to file a joint statement with this Court within thirty (30) days of the entry of this order notifying the Court as to whether a

1

settlement conference would be beneficial and whether they would like to consent to the jurisdiction of the magistrate judge.

IT IS SO ORDERED.

Dated:  December 3, 2014

_____
Troy L. Nunley
United States District Judge